# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Quinn Bass

**Plaintiff,**

**V.**

Sammy J Auto Sales, 4182 El Cajon Blvd. San Diego, CA 92105, a California business entity form unknown; Does 1-10, inclusive

**Defendant.**

**Civil Action No.** 26-cv-0819-LL-JAC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This lawsuit is DISMISSED WITHOUT PREJUDICE to refiling in state court. Any pending motions are denied as moot. This case is hereby closed.

**Date:** 10/5/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy